UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**LAWRENCE E. SCHWANKE,**

      **Plaintiff,**

v.                                                Case No: 5:16-cv-593-Oc-41PRL

**EARLYSHARES.COM, INC. and JOHN DOES 1-12,**

      **Defendants.**

                                       /

**ORDER**

THIS CAUSE is before the Court on the Stipulation of Voluntary Dismissal (Doc. 28), in which the parties agree to dismiss Plaintiff's individual claims with prejudice and the proposed class claims without prejudice. No class was ever certified in this case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on October 17, 2017.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record